# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1378

_____

Patricia Allen,                                    *
                                                   *
                    Appellant,                     *
                                                   *   Appeal from the United States
          v.                                       *   District Court for the
                                                   *   District of Minnesota.
Fidelity Financial Services; First                 *
National Repossessors; North                       *          [UNPUBLISHED]
Suburban Towing,                                   *
                                                   *
                    Appellees.                     *

_____

Submitted:  October 17, 2000
Filed:  October 20, 2000

_____

Before McMILLIAN, BOWMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Patricia Allen brought an action alleging that the defendants committed several violations of law when they repossessed her 1997 Dodge Neon.  The District Court[1] granted summary judgment in favor of the defendants dismissing all of Allen's claims. Allen appeals.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

Having reviewed the briefs and record, we are satisfied that the grant of summary judgment was correct. Viewing the undisputed facts and accepting Allen's version of the disputed facts, we conclude that Allen has failed as matter of law to make a submissible case of either assault, battery, or intentional infliction of emotional distress. Similarly, we conclude that Allen's evidence cannot sustain a finding that a breach of peace occurred. We also conclude that the District Court was correct in ruling, as a matter of law, that defendants did not violate either the Minnesota Uniform Commercial Code or the federal Fair Debt Collection Practices Act in repossessing the Dodge Neon.

We have considered all of Allen's arguments on appeal, and we find them meritless. Accordingly, the judgment of the District Court is AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-